**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HEATHER QUINN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:21-cv-05513 |
| v. | ) ) | |
| TRADER JOE'S COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**

The parties, by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on October 16, 2021 (Dkt. No. 1);

WHEREAS, a waiver of service on behalf of Defendant was filed on December 10, 2021 (Dkt. No. 4);

WHEREAS, this Court granted the parties' first Stipulation Extending Time to File Responsive Pleading (Dkt. No. 6) on February 2, 2022;

WHEREAS, this Court granted the parties' second Stipulation Extending Time to File Responsive Pleading (Dkt. No. 8) on April 4, 2022;

WHEREAS, Defendant's current deadline to respond to the Complaint is April 22, 2022 (Dkt. No. 9);

WHEREAS, the parties have agreed to stipulate to a 14-day extension for Defendant to respond to the Complaint;

1

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, that Defendant's deadline to respond to Plaintiff's Complaint shall be continued from April 22, 2022 to and including May 6, 2022.

IT IS SO STIPULATED AND AGREED this twenty-second day of April, 2022:

Respectfully submitted,

| | |
|---|---|
| */s/ Melody Drummond Hansen* | */s/ Spencer Sheehan (with permission)* |
| Melody Drummond Hansen<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br>Telephone: (650) 473-2600<br>Email: mdrummondhansen@omm.com | Spencer Sheehan<br>SHEEHAN & ASSOCIATES, P.C.<br>60 Cuttermill Road, Suite 409<br>Great Neck, NY 11021<br>Telephone: (516) 268-7080<br>Email: spencer@spencersheehan.com |
| *Attorneys for Defendant*<br>*Trader Joe's Company* | *Attorneys for Plaintiff*<br>*Heather Quinn* |

**IT IS SO ORDERED.**

Date: _____        _____

Hon. Jorge L. Alonso
United States District Judge