**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Heather Quinn

                Plaintiff,

v.

Trader Joe's Company

                Defendant.

Case No.: 1:21–cv–05513
Honorable Jorge L. Alonso

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 26, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the stipulation [10]. Defendant's deadline to respond to Plaintiff's complaint is extended to 5/6/22. The telephonic status hearing set for 5/3/22 is stricken and reset to 5/17/22 at 9:30 a.m. The parties are directed to file a joint status report by 5/13/22 in accordance with the Court's standing order. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 888–808–6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.